FILED

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0034

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0034

_____

ERIN BILLS,

      Petitioner and Appellee,

v.                                      O R D E R

KRISTIN COOPER,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2024